# 816 CASES REPORTED WITH BRIEF SYLLABI.

EDWARD STIEGELMEYER, Respondent, v. HENRY C. DEICHMILLER and Another, Appellants.— Appeal dismissed unless appellants shall be ready for argument at the opening of the November term. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

In the Matter of the Application of the RESERVE FINANCE CORPORATION for the Removal of LOUIS H. ROSEN from Certain Premises in the City of Buffalo.— Appeal dismissed unless appellant shall be ready for argument on October fifth. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP PERLMAN, Appellant.— Motion granted extending time for argument until first week of the November term. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

EMPIRE PRODUCE COMPANY and Another, Appellants, v. HARRY L. ALLEN, as Trustee in Bankruptcy, etc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

MARTIN F. QUINN, Respondent, v. GEORGE C. SNELL and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ALICE S. CHRISTENSEN, Respondent, v. JOHN CHRISTENSEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

COLONIAL MOTOR COACH CORPORATION, Respondent, v. CITY OF OSWEGO and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

WALTER W. BUXTON, Appellant, v. BANK OF BATAVIA, Respondent.— Order modified so as to vacate only paragraphs 3, 7, 8 and 9 of the notice, and permitting examination as to the balance, and as so modified affirmed, with ten dollars costs and disbursements to appellant. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

THE CITY OF BUFFALO, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

LOUIS J. SIGL, INC., Respondent, v. JAMES J. BRESNAHAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

FRANK MCKENDRY, Respondent, v. ALFRED REHLER, Appellant.— Order affirmed; with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

RICHARD EMRICH, Respondent, v. THE CITY OF ROCHESTER, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

JOSEPH J. MULLEN, Respondent, v. THE CITY OF ROCHESTER, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

FRANK J. PETTIS, Respondent, v. PHILLIP SICILIA, Defendant, and JOSEPH CAPITANO, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.